**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PORTFOLIO TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 04-6340 (JAG) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CHURCH & DWIGHT CO., INC., | : | |
| | : | |
| Defendant. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before the Court on the motion for summary judgment by Defendant Church & Dwight Co., Inc. ("CDCI"), pursuant to FED. R. CIV. P. 56; and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 3rd day of February, 2006,

ORDERED that Defendant's motion for summary judgment (Docket Entry No. 33) is DENIED; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.